IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PREFERRED PRODUCTS, INC.                                                                PLAINTIFF

vs.                                      NO.  08-5056

NEXT PHASE ENTERPRISES, LLC                                                           DEFENDANT

CLERK'S ORDER OF DISMISSAL

   On this 1st day of December, 2008, the plaintiff herein having filed his Stipulation of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

   IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  /s/ June Newland
     Deputy Clerk